

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00317-CV

_____

IN THE INTEREST OF A.W., A CHILD

AND

_____

No. 02-21-00318-CV

_____

IN THE INTEREST OF W.W., A CHILD

_____

On Appeal from County Court at Law No. 1
Parker County, Texas
Trial Court Nos. CIV-19-0018, CIV-21-0663

_____

Before Wallach, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION, JUDGMENT, AND ORDER**

On February 2, 2022, we consolidated *In the Interest of A.W., a Child*, No. 02-21-00317-CV, and *In the Interest of W.W., a Child*, No. 02-21-00318-CV, which are termination-of-parental-rights appeals involving the same alleged father, appellant J.W. (Appellant). Prior to consolidation, we issued several notices to Appellant about the actions he was required to take to proceed with each appeal. We also abated case number 02-21-00317-CV in December 2021 for the trial court to determine whether Appellant was indigent. The trial court found that Appellant was not indigent. *See* Tex. R. App. P. 20.1; Tex. R. Civ. P. 145.

On February 1, 2022, we notified Appellant that payment arrangements had not been made for the clerk's record in case number 02-21-00318-CV as required by the Rules of Appellate Procedure. *See* Tex. R. App. P. 35.3(a)(2). We warned Appellant that unless he made arrangements to pay for the clerk's record and provided us with proof of payment by February 11, 2022, the appeal would be dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b), 44.3. On February 16, 2022, we again warned Appellant that we would dismiss the appeal for want of prosecution in case number 02-21-00318-CV if he did not arrange to pay for the clerk's record and provide us with proof of payment by February 28, 2022. *See* Tex. R. App. P. 37.3(b). Appellant has not made payment arrangements for the clerk's record

2

in case number 02-21-000318-CV.[1] Accordingly, we sever the appeal in case number 02-21-00318-CV and dismiss it for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b), 43.2(f). Appellant must pay all costs of the appeal in case number 02-21-00318-CV. *See* Tex. R. App. P. 43.4.

Appellant has paid for the clerk's record in case number 02-21-00317-CV, but he has not paid for the reporter's record in that case. We notified him several times—on December 7, 2021; December 28, 2021; January 21, 2022; February 2, 2022; and February 16, 2022—that payment arrangements had not been made for the reporter's record and that failure to do so would result in this court's considering and deciding only those issues or points that do not require a reporter's record for a decision. *See* Tex. R. App. P. 34.6(b)(1), 35.3(b)(2)–(3), 37.3(c). Having given Appellant ample opportunities to make payment arrangements for the reporter's record, we will only consider and decide the issues or points that do not require a reporter's record for a decision in the appeal in case number 02-21-00317-CV.

**Appellant's brief in case number 02-21-00317-CV is due March 30, 2022.**

Per Curiam

Delivered: March 10, 2022

---

[1]Because termination-of-parental-rights cases are ultra-accelerated for the best interest of the children, we cautioned Appellant in our February 16, 2022 letter that there would be no further extensions of time to make payment arrangements for the record in either case. *See* Tex. R. Jud. Admin. 6.2(a), *reprinted* in Tex. Gov't Code Ann., tit. 2, subtit. F app. (requiring appellate court to dispose of an appeal from a judgment terminating parental rights, so far as reasonably possible, within 180 days after the notice of appeal is filed).